UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT COTNER,

    Plaintiff,

v.

U.S. ATTORNEY, for Boston,

    Defendant.

Civil No. 16-11342-LTS
Appeal No. 16-2328

ORDER

April 19, 2018

SOROKIN, J.

By Order dated July 11, 2016, the Court denied plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). Cotner was deemed to be a "three-strikes" litigant because the Court found that he had, on three or more prior occasions, filed an action or appeal that was dismissed on the ground that it was frivolous, was malicious, or failed to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(g). Cotner was advised that if he choose to proceed with this action, he must pay the $400 filing fee because he did not meet the exception to § 1915(g) (no facts alleged to suggest that plaintiff was "under imminent danger of serious physical injury"). Cotner did not pay the $400 filing fee and this action was dismissed. *See* Docket.

The Court records indicate that Cotner did not pay the $400 filing fee and the action was dismissed. *See* Docket. Cotner subsequently filed several unsuccessful post-dismissal motions as well as a notice of appeal. *Id.*

The Court's Financial Manager has advised the undersigned that a small payment towards the filing fee for this action was received by the clerk.[1] Because Cotner's request to proceed *in forma pauperis* was denied under 1915(g), he is not liable for payment of the filing fee for this action.[2]

Based on the foregoing, IT IS ORDERED that the clerk issue a refund to Cotner. Any additional monies that may be received by the clerk in connection with this district court action shall be returned to Cotner.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

---

[1] The payment appears to be related to Cotner's appeal to the United States Court of Appeals for the First Circuit.

[2] The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, which was enacted on April 26, 1996, requires a prisoner proceeding *in forma pauperis* to pay the $350.00 filing fee through an initial partial filing fee and subsequent monthly payments. Here, Cotner was not permitted to proceed without prepayment of the filing fee and his motion to proceed *in forma pauperis* was denied pursuant § 1915(g). Thus, this action should not be deemed a "PLRA" action.